FILED

2026 Feb-10  PM 05:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA



FILED

2026 FEB 10  P 2: 16

U.S. DISTRICT COURT
N.D. OF ALABAMA

Civil Action No.

 TASH JERNAZIAN                               ,

Plaintiff,

v.

 MIAMI-DADE COUNTY      ,

Defendants.

---

## COMPLAINT
### (for violation of the USA PATRIOT Act of 2001)

---

## A.    PARTIES

LAKE LEWISVILLE LAW FIRM
ATTN: TASH JERNAZIAN
360 N.W. 71ST STREET
MIAMI, FL 33150

DADE COUNTY
73 WEST FLAGLER STREET
MIAMI, FL 33130

## B.    JURISDICTION

Plaintiff states lawsuit is being filed at this Federal courthouse as conflict of interest exists in 'State of Florida' and within 'Dade County'. This courthouse exists in a surrounding area state, and therefore is basis for establishable jurisdiction..

## C.    BACKGROUND

Plaintiff alleges the acts of defendant party had knowledge that plaintiff was victim of a long-term confidence game by a third-party. Plaintiff was human trafficked as a result of Dade County government employee behavior. Plaintiff remained in 'Dade County' in 'State of Florida' essentially "on the run". However due to criminal actions and misconduct by various government employees, plaintiff was human trafficked, and victim of attempted murder in-route. Upon return to 'State of Florida', and then 'Dade County', parties knowingly deprived of relief, leaving them disfigured and essentially "their bitch", someone under their legal control as a result of a criminal conspiracy to avoid payment on legal damages that they knew that they owed him. Plaintiff knew that defendant knew that they owed him legal damages too, and likely figured he would eventually leave. However, due to the actions of government employees, the discrimination against white people continued, and was never remedied. As result of continued harassment/hate/gang-stalking, the business property under oversight by plaintiffs law firm, became unsafe and non-securable, when the legal billings to protect plaintiff and to protect the property exceeded the ability of 'Lake Lewisville Law Firm'. As result, violations of the *USA PATRIOT Act* were caused by the defendant, as "Lake Lewisville Law Firm' could no longer conduct necessary legal duties of a law firm.

2

## D.    NATURE OF CLAIMS

Broadly, when the *USA PATRIOT Act of 2001* was violated by defendant as they had knowledge that they owed money to defendant party. Defendant however, chose to continue running plaintiff out of 'Dade County' and to a lesser degree out of 'State of Florida'.

As result of this *USA PATRIOT Act of 2001*, defendant opened themself up to the following:

*"Opponents of the law have criticized its provision for indefinite detention of immigrants; permission to law enforcement to search a home or business without the owner's or the occupant's consent or knowledge under certain circumstances; the expanded use of National Security Letters, which allows the Federal Bureau of Investigation (FBI) to search telephone, email, and financial records without a court order; and the expanded access of law enforcement agencies to business records, including library and financial records. Since its passage, several court challenges have been brought against the act, and federal courts have ruled that a number of provisions are unconstitutional."* (citation from Wikipedia)

This is among other things, the defendant opened new legal liabilities upon themself up to when they violated the *USA PATRIOT Act of 2001*. In addition, when the defendant violated the *USA PATRIOT Act of 2001*, they opened themself to legal bills from an unspecified third-party assigned to immediately start oversight of business property in possession of 'Lake Lewisville Law Firm' as the plaintiff became unable to continue oversight of business property of law firm, and made an unspecified executive legal order as the last person remaining within the law firm.

When defendant violated the *USA PATRIOT Act of 2001*, and unspecified probability of demands from the brand-new actual owner of the business property a means to extort plaintiff over, as result of transfer of their new ownership, the business property of which they are now endangering as result.

3

## E.    CLAIMS

### CLAIM ONE

Plaintiff claims, DADE COUNTY, was engaged in a criminal conspiracy to deprive plaintiff of legal damages they knowingly owed him. And as result of these criminally orchestrated acts, defendant violated the *USA PATRIOT Act of 2001*. Specifically they caused 'Lake Lewisville Law Firm' to no longer be able to conduct legal duties required of a law firm and also legal duties of attorney-at-law. Plaintiff alleges defendant made them "their nigger", made him the victim of white slavery, and allowed wanton abuses - all as result of criminal acts of defendant, as they were subject to abuse while oversighting the property of 'Lake Lewisville Law Firm'. Plaintiff's identity was subject to false police reporting out-of-state in order to continue concealment by third-party of long-term confidence game. As result, 'Lake Lewisville Law Firm' changed plaintiffs' (real persons) legal name to unspecified name.

This included, but not limited to, the need for plaintiff to appear before magistrates or judges in person, which plaintiff does not do, as they lack jurisdiction over him. Furthermore, plaintiff is a lawyer, and doesn't answer legal questions for anyone outside of lawyers within his own law firm. As direct result, businesses and business property under oversight by 'Lake Lewisville Law Firm', was subject to an unspecified executive legal decision by the last remaining attorney-at-law inside 'Lake Lewisville Law Firm'. Various businesses then changed ownership. Various business properties changed oversight party (a different party than ownership party in this case). In addition 'Lake Lewisville Law Firm' changed its status in an unspecified manner.

**F.     ADDITIONAL CLAIMS**

Plaintiff reserves the right to add additional parties and thus claims that may have been overlooked at time of filing, as addendum. Plaintiff reserves the right to dismiss this lawsuit at any time without loss of protections brought about by its claims. Plaintiff refuses appointment of counsel by the courts. Filing of this claim does not establish any sort of jurisdiction over plaintiff, any plaintiff affiliation, any business of plaintiff, nor law firm of plaintiff. It should be noted that filing of this claim was legally determined by plaintiff to be necessary, and not a pandering for damages from defendant or relief from the courts. This filing could be interpreted as a LEGAL NOTICE.

**G.     REQUEST FOR RELIEF**

Plaintiff requests a trial to judge (bench trial) due to National security reasons. This National security information is private property, and under control of Lake Lewisville Law Firm, therefore disclosure of it is at the discretion of plaintiff and/or the law firm. Plaintiff reserves right to trial by jury, if need so arises. Plaintiff takes no culpability or responsibility for protecting American National security regardless if damages are collected, and regardless of judgements made. Due to our legal finding, an unspecified party requests damages of $32 Million U.S. Dollars per claim ($32,000,000), but does not acknowledge what this is for or the basis for that number. Plaintiff refuses custody of funds (essentially refuses to collect checks), at least at this time. Plaintiff refuses settlement or negotiation of settlement, at least at this time. Plaintiff refuses to acknowledge whom the unspecified party(s) are, but states, that those parties are not him, any lawyers in 'Lake Lewisville Law Firm', or 'Lake Lewisville Law Firm', and thus are third-party. Plaintiff hereby notifies defendant that he is no longer their "nigger", and has broken free from their slavery. Therefore plaintiff party demands $32 Million U.S. Dollars ($32,000,000) paid in gold as punitive damages for white-slavery, and made available for delivery off-the slave plantation, for oversight by unspecified third-party. Due to the egregious criminal circumstances, plaintiff also demands an additional $32 Million U.S. Dollars per claim ($32,000,000) per claim paid to them. 'Lake Lewisville Law Firm', nor its lawyers, are actually able to collect due to unspecified circumstances.

5

## H.    PLAINTIFF'S SIGNATURE

(Plaintiff signature)

___January 31, 2026
(Date)

Filed in courthouse:
U.S. Federal Courthouse – Huntsville
attn: clerk of the courts
660 Gallatin Street, S.W.
Huntsville, AL 35801

Lake Lewisville Law Firm
360 N.W. 71st Street
Miami, FL 33150



FEB 10

**U.S. DISTRICT COURT**
NORTHERN DISTRICT OF ALABAMA

TO: U.S. Federal courthouse
c/o: clerk - civil
660 Gallatin street, S.W.
Huntsville, AL 35801

LEGAL MAIL